**Dated: April 19, 2017**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: ) | |
|    LAWRENCE DEAN PERRY ) | |
|    BRANDY MICHELLE PERRY ) | CASE NO. 14-12791 JDL |
| ) | |
|    **Debtors** ) | |

### ORDER TO SHOW CAUSE AND ORDERING SANCTIONS

Counsel for Debtors represents that the Motion to Show Cause and Request for Sanctions was filed on April 3, 2017, and served on all parties in interest pursuant to Local Bankruptcy Rule 9007, and the last date for filing objections was April 17, 2017, which has passed with no objection thereto being served and filed. Therefore, the motion should be granted and for this and other good cause being shown, it is hereby

ORDERED, ADJUDGED AND DECREED, that the motion to show cause and for sanctions will be and the same is hereby GRANTED, to wit:

1. To provide that Creditor, Ditech Financial LLC, is hereby ordered to appear on May 23, 2017 at 2:00 p.m., before the Honorable Janice D. Loyd, 2nd Floor Courtroom, 214 Dean A. McGee Avenue, Oklahoma City, Oklahoma 73102 and show cause, if any

there be, why Creditor has failed to pay the Debtors' premiums for Debtors' homeowners insurance, and why sanctions should not be imposed on Creditor for its failure to pay the premiums, and why the Court should now award damages against Creditor, including attorneys' fees, actual damages, and punitive damages, and other relief as may be just and proper.

**All findings of fact are based upon representation of counsel for the Debtor(s).**

IT IS SO ORDERED.

###

APPROVED FOR ENTRY

LAWRENCE AND BRANDY PERRY

By:  *s/ Angela N. Stuteville*_____
       O. Clifton Gooding (OBA #10315)
       Angela N. Stuteville (OBA #19231)
Of the Firm:

THE GOODING LAW FIRM
A Professional Corporation
650 City Place Building
204 North Robinson Avenue
Oklahoma City, OK  73102
405.948.1978 - Telephone
405.948.0864 - Facsimile
angela@goodingfirm.com       - Email
Attorneys for the DEBTORS