IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE: LAWRENCE DEAN PERRY,       )
    BRANDY MICHELLE PERRY,       )
                                  )
            Debtors,      )      Case No. 14-12791 JDL
                                 )      Chapter 13

## DEBTOR'S WITNESS AND EXHIBIT LIST FOR HEARING ON DOCUMENT NO. 53

Debtors, Lawrence and Brandy Perry, hereby submit their Witness and Exhibit List relating to the hearing on *Order Granting Motion to Show Cause*. The hearing on said Order is set for May 23, 2017 at 2:00 p.m. Debtors' list of potential witnesses and exhibits is as follows:

## WITNESSES

| Witness No. | Name | Address |
|---|---|---|
| 1. | Lawrence Perry– Debtor | Lawrence Perry<br>41 Post Office Neck<br>Shawnee, OK 74801 |
| 2. | Brandy Perry – Joint Debtor | Brandy Perry<br>41 Post Office Neck<br>Shawnee, OK 74801 |
| 3. | Representative from Dawkins Insurance – Name currently unknown | Dawkins Insurance<br>7325 E Reno<br>Midwest City, OK 73140 |
| 4. | All witnesses listed by any other party in interest, whether or not called to testify at the hearing, and not otherwise objected to by Debtor | |
| 5. | All witnesses needed to identify or authenticate exhibits introduced at the hearing. | |
| 6. | All witnesses to be identified and not otherwise objected to by the Debtor. | |
| 7. | Debtors reserve the right to amend and/or supplement the witness list. | |

## **EXHIBITS**

| Letter | Description |
|---|---|
| A | Order Confirming Chapter 13 Plan [Dkt No. 27] |
| B | Proof of Claim and Exhibits filed therewith filed by Green Tree Servicing LLC [Claim No. 7] |
| C | Notice of Post-Petition Mortgage Fees, Expenses, and Charges filed on December 3, 2014 [No Dkt No.] |
| D | Assignment of Claim and Exhibits [Dkt No. 35] |
| E | Notice of Mortgage Payment Change filed September 10, 2016 [No Dkt No.] |
| F | Agreed Order Resolving Objection to Claim 7 [Dkt No. 49] |
| G | Motion to Show Cause and Motion For Sanctions [Dkt No. 51] |
| H | Letter from American Bankers Insurance Company of Florida dated May 26, 2016 |
| I | Printout from Pottawatomie County Treasurer website showing property taxes have been paid |
| J | Letter from Ditech advising Debtors that Ditech plans to purchase hazard insurance dated April 4, 2017 |
| K | Any other exhibit listed by any party in interest to which Debtors have no objection |
| L | Debtors reserve the right to amend and/or supplement this exhibit list |

## DEBTORS' ESTIMATED TIME FOR PRESENTATION AT HEARING

Debtors estimate that he will require approximately 45 minutes to present their evidence and argument relating to this matter.

Respectfully submitted,

By: /s/ *O. Clifton Gooding*
    O. CLIFTON GOODING (OBA #10315)

OF THE FIRM:
THE GOODING LAW FIRM
A Professional Corporation
650 City Place Building
204 North Robinson Avenue
Oklahoma City, Oklahoma 73102
405.948.1978 – Telephone
405.948.0864 – Telecopier

Attorney for LAWRENCE AND BRANDY PERRY