IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

LAWRENCE DEAN PERRY
BRANDY MICHELLE PERRY,

    DEBTOR.

Case No.: BK-14-12791-JDL
Chapter 13

## APPLICATION TO CONTINUE HEARING

COMES NOW, DITECH FINANCIAL LLC, ("Applicant') by and through its attorney, Jim Timberlake, and respectfully request that the Court continue Order to Show Cause and Ordering Sanctions hearing currently scheduled for May 23, 2017 at 2:00 PM. In support of this application, Applicant states the following.

1. This hearing is set as a result of cancellation of the debtor's home owner's insurance policy.

2. An amicable resolution in the matter appears to have been reached. Unfortunately, due to the logistics of securing a new policy, it is possible this may not happen prior to the scheduled hearing.

3. It is the understanding of the parties that this matter will shortly be stricken from the Court's docket upon the binding of said new policy.

4. The undersigned counsel has spoken to counsel for both the debtors and Trustee. Neither has an objection to this continuance.

WHEREFORE, Applicant respectfully requests that the Court continue the hearing currently set in this matter for May 23, 2017, at 2:00 p.m. to its next regularly scheduled docket on June 13, 2017, at 2:00 PM; and for any other relief the Court deems proper.

        Respectfully submitted,

By:      <u>s/ Jim Timberlake</u>
          JIM TIMBERLAKE - #14945
          Baer & Timberlake, P.C.
          4200 Perimeter Center, Suite 100
          Oklahoma City, OK 73102
          Telephone: (405) 842-7722
          Fax: (918) 794-2768
          Attorney for Creditor

## **CERTIFICATE OF SERVICE**

      I hereby certify that I mailed a true and correct copy of the above and foregoing Application with postage thereon fully prepaid to all parties claiming an interest in the subject property as listed below, on May 19, 2017.

Lawrence Dean Perry
Brandy Michelle Perry
41 Post Office Neck
Shawnee, OK 74801

      The following persons should have received notice of the above and foregoing instrument on the same day it was filed by the Court's CM/ECF Electronic Noticing System.

John Hardeman, Trustee

O. Clifton Gooding, Debtors' Attorney

Angela N. Stuteville, Debtors' Attorney

      By:    s/ Jim Timberlake
                JIM TIMBERLAKE - #14945
                Baer & Timberlake, P.C.
                4200 Perimeter Center, Suite 100
                Oklahoma City, OK 73102
                Telephone: (405) 842-7722
                Fax: (918) 794-2768
                Attorney for Creditor