**Dated: May 22, 2017**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:

LAWRENCE DEAN PERRY
BRANDY MICHELLE PERRY,

    DEBTORS

Case No.: BK-14-12791-JDL
Chapter 13

### ORDER GRANTING APPLICATION TO CONTINUE HEARING SCHEDULED FOR May 23, 2017

This matter comes before the Court upon application of DITECH FINANCIAL LLC to continue the hearing currently scheduled for May 23, 2017 at 2:00 p.m.

IT IS THEREFORE ORDERED that the final hearing scheduled for May 23, 2017 at 2:00 p.m. shall be continued to June 13, 2017 at 2:00 p.m.

All findings of fact are based upon representation of counsel.

# # #

    Approved for Entry:

By:    s/ Jim Timberlake_____
        JIM TIMBERLAKE - #14945
        Baer Timberlake, P.C.
        4200 Perimeter Center, Suite 100
        Oklahoma City, OK 73102
        Telephone: (405) 842-7722
        Fax: (918) 491-5424
        Attorney for Movant