**Dated: July 10, 2017**

**The following is ORDERED:**





Janice D. Loyd
U.S. Bankruptcy Judge

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IN RE: | Case No.: BK-14-12791-JDL |
| LAWRENCE DEAN PERRY | Chapter 13 |
| BRANDY MICHELLE PERRY, | |
| DEBTOR. | |

### AGREED ORDER ON MOTION TO SHOW CAUSE AND MOTION FOR SANCTIONS

### AGAINST DITECH FINANCIAL LLC FILED BY DEBTOR

THIS MATTER comes on before the Court on the Motion to Show Cause and Motion for Sanctions filed by the Debtors on April 3, 2017.  The parties, through counsel, announced to the Court that an agreement was reached regarding the Motion.  Based upon such announcement and representation of the counsel for the parties, the Court adopts the agreement of the parties and orders the following:

    1.    Due to increased and necessary insurance premiums, within thirty (30) days of the

      entry of this order, DITECH FINANCIAL LLS shall credit the Debtors' escrow account $3,000.00.

2. On June 21, 2017, DITECH FINANCIAL LLC, filed its Notice of Mortgage Payment Change. As a result of credit to the escrow account, DITECH FINANCIAL LLC, will withdraw this Notice of Mortgage Payment Change.

3. As a result of the cancellation of debtor's homeowner's insurance policy, legal expenses have accrued and DITECH FINANCIAL LLC shall remit to the Debtors' attorneys their fees in the amount of $4,620.00.

All findings of fact are based upon representation of counsel.

IT IS SO ORDERED, that the Motion has been satisfied.

# # #

APPROVED FOR ENTRY:

s/ Angela N. Stuteville_____
Angela N. Stuteville #19231
The Gooding Law Firm
650 City Place Building
204 North Robinson Avenue
Oklahoma City, OK 73102
405-948-1978
Fax : 405-948-0864
Email: angela@goodingfirm.com

**ATTORNEY FOR THE DEBTOR**

s/ Jim Timberlake_____
Jim Timberlake, OBA # 14945
Baer & Timberlake, P.C.
4200 Perimeter Center, Suite 100
Oklahoma City, OK 73102
Telephone: (405) 842-7722
Fax: (918) 491-5424
Email: jtimberlake@baer-timberlake.com

**ATTORNEY FOR MOVANT/CREDITOR**